UNITED STATES of America,
Plaintiff–Appellee,

v.

Geary HILL, a.k.a. Gary Hill,
Defendant–Appellant.

No. 07–14807
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2008.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

William Gregory Hughes, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and MARCUS, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed appellate counsel for Geary Hill, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hill's conviction and sentence are **AFFIRMED.**